■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHNNIE LEE WILLIAMS, Appellant.—Appeal by defendant from a judgment of the Supreme Court, Queens County, rendered May 18, 1977, convicting him of attempted manslaughter in the second degree, on his plea of guilty, and imposing sentence. Judgment affirmed (see *People v Mintz,* 38 AD2d 943; *People v Cangiano,* 40 AD2d 528). Hopkins, J. P., Martuscello, Latham and Hawkins, JJ., concur.

■ A. D. SILVER, Respondent, v TUCKS ENTERPRISES, INC., et al., Appellants, et al., Defendants.—In a mortgage foreclosure action, the appeal, as limited by the appellants' brief, is from so much of an order of the Supreme Court, Rockland County, entered December 6, 1977, as granted that part of the plaintiff's motion that requested leave to serve an amended summons and complaint. Order reversed, insofar as appealed from, without costs or disbursements and that part of the motion requesting leave to serve an amended summons and complaint is denied without prejudice to renew after a legal representative has been appointed to safeguard the interests of the estate of Marie Martello, now deceased. The record reveals that Marie Martello died before the notice of motion was served, that the fact of her death was known to plaintiff's attorney at that time, and that no representative had been substituted. Accordingly, leave to serve an amended summons and complaint should not have been granted. Shapiro, J. P., Cohalan, Hawkins and O'Connor, JJ., concur.

■ SUNSPOT DAIRY & GAS MART, INC., Respondent, v NEW YORK STATE LIQUOR AUTHORITY, Appellant.—In a proceeding pursuant to CPLR article 78, *inter alia,* to review a determination of the State Liquor Authority which denied petitioner's application for an off-premises beer license, the appeal is from a judgment of the Supreme Court, Nassau County, entered April 6, 1978, which (1) annulled the determination and (2) directed that the license be issued. Judgment affirmed, without costs or disbursements (see *Matter of Chase v Roth,* 64 AD2d 652). Hopkins, J. P., Martuscello, Latham and Hawkins, JJ., concur.